**RHP BEARINGS LTD, et al., Plaintiffs,**

v.

**UNITED STATES, Defendant,**

**The Torrington Company, Defendant–Intervenor.**

Slip Op. 97–63.
Court No. 97–02–00217.

United States Court of International Trade.

May 27, 1997.

*ORDER*

TSOUCALAS, Senior Judge.

Upon consideration of plaintiffs' motion for expedited remand to correct clerical errors and defendant's cross-motion for leave to correct an additional clerical error, it is hereby

ORDERED that the plaintiffs' motion and defendant's cross-motion are granted; and it is further

ORDERED that this case is remanded to the U.S. Department of Commerce to

A. Correct its computer program with respect to the final results for NSK–RHP in *Antifriction Bearings (Other Than Tapered Roller Bearings) and Parts Thereof From France. Germany, Italy, Japan, Singapore. and the United Kingdom: Final Results of Antidumping Duty Administrative Reviews,* 62 Fed.Reg.2081 (Jan. 15, 1997), as follows:

1. Calculate credit for constructed value separately by class of merchandise;

2. Calculate constructed value credit by converting the pound sterling values to U.S. dollars once only;

3. Sample cylindrical roller bearings sales correctly;

4. Include credit insurance in calculating DSELCOP;

5. Weigh the values for total home market selling expenses (TOTSELLH) and total home market movement expenses (TOTMOVEH) by a factor of two to establish uniform weighting of home market expenses;

6. Apply the default credit period for those U.S. sales missing payments dates to net selling price (defined as the original selling price less billing adjustments and rebates); and

7. Multiply the entered value for sampled U.S. sales by the weighting factor only once when calculating importer-specific duty rates;

B. Recalculate NSK–RHP's margins following the correction of the above clerical errors; and

C. File the remand results within 30 days of the date this order is entered.